CLOSED

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:08−cv−00706−ARR−RML

Carioggia et al v. Davol Inc. et al
Assigned to: Judge Allyne R. Ross
Referred to: Magistrate Judge Robert M. Levy
Cause: 28:1332 Diversity−Personal Injury

Date Filed: 02/20/2008
Date Terminated: 04/02/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Joseph Carioggia** represented by **Stephanie Hatzakos**
Milberg LLP
One Penn Plaza
New York, NY 10119
212−946−9386
Fax: 212−273−4314
Email: shatzakos@milberg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Carioggia** represented by **Stephanie Hatzakos**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc.**

**Defendant**

**C.R. Bard Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/20/2008 | " 1 | COMPLAINT against Davol Inc., C.R. Bard Inc. $ 350, filed by Joseph Carioggia, Linda Carioggia. (Attachments: # 1 Civil Cover Sheet) (Jones, Sandra) (Entered: 02/21/2008) |
| 02/20/2008 | " | Summons Issued as to Davol Inc., C.R. Bard Inc.. (Jones, Sandra) (Entered: 02/21/2008) |
| 02/28/2008 | " 2 | ORDER: An initial conference in the above−captioned case has been scheduled for June 20, 2008 at 3:15 p.m., before the Honorable Robert M. Levy, United States Magistrate Judge at 225 Cadman Plaza East, Brooklyn, New York. Parties are directed to check−in with chambers, Room 1223−S, upon arrival. All counsel must be present. Plaintiff(s) counsel is directed to confirm with defendant(s) counsel that all necessary participants are aware of this conference. Ordered by Magistrate Judge Robert M. Levy on 2/28/08. See attached order. (Marino, Janine) (Entered: 02/28/2008) |

| | | |
|---|---|---|
| 03/10/2008 | " 3 | SERVICE by Publication filed by Davol Inc., C.R. Bard Inc.., WAIVER OF SERVICE Returned Executed by Davol Inc., C.R. Bard Inc.. Joseph Carioggia waiver sent on 3/4/2008, answer due 5/5/2008; Linda Carioggia waiver sent on 3/4/2008, answer due 5/5/2008. (Hatzakos, Stephanie) (Entered: 03/10/2008) |
| 04/01/2008 | " 4 | NOTICE of Change of Firm Name by Stephanie Hatzakos (Hatzakos, Stephanie) (Entered: 04/01/2008) |
| 04/02/2008 | " 5 | Letter dated 3/25/08 from the MDL Panel enclosing Conditional Transfer Order (CTO−16), transferring this case to the District of Rhode Island. (Chee, Alvin) (Entered: 04/02/2008) |
| 04/02/2008 | " | Case transferred electronically to the District of Rhode Island. (Chee, Alvin) (Entered: 04/02/2008) |